**2009–1587. State v. Hicks.**
Montgomery App. No. 22786, 2009-Ohio-2740. On motion for leave to file delayed appeal. Motion denied.

**2009–1591. State v. Majid.**
Cuyahoga App. No. 90491, 2009-Ohio-3075. On motion for stay pending jurisdictional determination. Motion denied.

**2009–1611. State v. Barnes.**
Clermont App. No. CA2008–10–090, 2009-Ohio-3684. On motion to stay execution of sentence pending appeal. Motion denied.

MOYER, C.J., and CUPP, J., dissent.

**2009–1633. In re Kafantaris.**
Columbiana App. No. 07–CO–28, 2009-Ohio-4814. On motion for stay of execution pending appeal. Motion denied.

CUPP, J., dissents.

**2009–1682. Naples v. State.**
Trumbull App. No. 2008–T–0092, 2009-Ohio-3938. On motion for stay. Motion granted.

PFEIFER and O'DONNELL, JJ., dissent.

## APPEALS ACCEPTED FOR REVIEW

**2009–1213. Spangler v. State.**
Lake App. No. 2008–L–062, 2009-Ohio-3178. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

CUPP, J., would accept the appeal on Proposition of Law No. I only.

**2009–1227. State v. Franklin.**
Franklin App. No. 08AP–900, 2009-Ohio-2664. Discretionary appeal accepted on Proposition of Law Nos. I and II; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

PFEIFER, LUNDBERG STRATTON, and O'DONNELL, JJ., would also accept the appeal on Proposition of Law No. III.

MOYER, C.J., and O'CONNOR, J., dissent.

**2009–1282. Zanesville v. Rouse.**
Muskingum App. No. CT08–0035, 2009-Ohio-2689.

PFEIFER and O'DONNELL, JJ., dissent.

**2009–1290. State v. Ettenger.**
Lake App. No. 2008–L–054, 2009-Ohio-3525. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

**2009–1302. State v. Hammond.**
Hamilton App. No. C–080394. Discretionary appeal accepted; cause held for the decision in 2008–2037, *State v. Williams,* Cuyahoga App. No. 89726, 2008-Ohio-5149 and 2008-Ohio-5286; and briefing schedule stayed.

PFEIFER, J., dissents.

**2009–1332. State v. Sawyer.**
Hamilton App. No. C–080433, 2009-Ohio-3097. Discretionary appeal accepted; cause held for the decision in 2008–2133 and 2008–2228, *State v. Underwood,* Montgomery App. No. 22454, 2008-Ohio-4748; and briefing schedule stayed.

PFEIFER, J., dissents.